MAGISTRATE JUDGE JAMES P. DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY DELAUGHTER,<br><br>Defendant. | Nos.  CR05-5754<br>         CR05-5710<br><br>ORDER GRANTING<br>STIPULATED MOTION TO<br>CONTINUE TRIAL DATE |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to April 13, 2006. The period of delay resulting from this continuance from March 6 to April 13, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

DONE this 8th day of February, 2006.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

Presented By:

/s/_____           /s/_____
Colin A. Fieman                                      Captain Glen Templeton
Attorney for Defendant                         Special Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710